```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 3/7/25
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
NORTHEAST PLASTIC SURGERY PLLC,            :
         Plaintiff,   :
            :
    -against-        :
            :  24-CV-9148 (VEC)
            :
BLUECROSS BLUESHIELD OF ILLINOIS, :  ORDER
            :
         Defendant. :
-------------------------------------------------------------- X

VALERIE CAPRONI, United States District Judge:

  WHEREAS the parties appeared before the Court for an initial pretrial conference on March 7, 2025, *see* Dkt. 13; and

  WHEREAS the parties jointly requested to stay discovery pending the resolution of Defendant's Motion to Dismiss, *see* Dkt. 8.

  IT IS HEREBY ORDERED that discovery is STAYED. The Court will not enter a case management plan until the Motion to Dismiss has been decided.

**SO ORDERED.**

**Date: March 7, 2025**
**New York, New York**

                     **VALERIE CAPRONI**
                     **United States District Judge**