**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
NORTHEAST PLASTIC SURGERY PLLC,

                      Plaintiff,

-against-                                    24 **CIVIL** 9148 (VEC)

                                                **<u>JUDGMENT</u>**

BLUECROSS BLUESHIELD OF ILLINOIS,

                      Defendant.
-----------------------------------------------------------------X

       It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion & Order dated April 22, 2025, Defendant's motion to dismiss is GRANTED.

**Dated:**  New York, New York

       April 22, 2025

                                                  **TAMMI M HELLWIG**
                                                  **Clerk of Court**

              **BY:**
                                                  **Deputy Clerk**